# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH SHORE RANCHES, LLC and JMZ DEVELOPMENT COMPANY, INC., <br><br> Plaintiffs <br><br> v. <br><br> LAKELANDS COMPANY, INC., and DOES 1 through 25, inclusive, <br><br> Defendants. | NO. 1:09-CV-105-AWI-DLB <br><br> ORDER VACATING MARCH 30, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Plaintiffs' motion to confirm arbitration award, and Defendants' motion to dismiss petition to confirm arbitration award have been set for hearing in this case on March 30, 2009. The court has reviewed the papers and has determined that these matters are suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 30, 2009, is VACATED, and the parties shall not appear at that time. As of March 30, 2009, the court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **March 24, 2009**              **/s/ Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE