# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH SHORE RANCHES, LLC, and JMZ DEVELOPMENT COMPANY, LLC,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>LAKELANDS COMPANY, LLC, and DOES 1 through 25, inclusive<br><br>　　　　　Defendants. | 1:09-cv-105 AWI DLB<br><br>ORDER VACATING APRIL 13, 2009 HEARING AND TAKING MATTER UNDER SUBMISSION |

Currently pending before the Court are Defendant's motion to dismiss and remand. Hearing on these matters is set for April 13, 2009.[1] Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that these matters are suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 13, 2009, is VACATED, and the parties shall not appear at that time. As of April 13, 2009, the Court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　April 9, 2009　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The calendar indicates that Plaintiff's motion to confirm arbitration/motion for judgment is also set for hearing and decision. However, on March 26, 2009, the Court issued an order that construed document number 13 as an amended petition/complaint. See Court's Docket Doc. No. 20. The Court then denied without prejudice Plaintiffs' noticed motion to confirm arbitration, which was document no. 12. See id. Thus, there is no motion to confirm arbitration/motion for judgment that is currently pending.