IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH SHORE RANCHES, LLC, and JMZ DEVELOPMENT COMPANY, LLC,<br><br>          Plaintiffs,<br>   v.<br><br>LAKELANDS COMPANY, LLC, and DOES 1 through 25, inclusive<br><br>          Defendants. | 1:09-cv-105  AWI DLB<br><br>ORDER VACATING JULY 6, 2009 HEARING AND TAKING MATTER UNDER SUBMISSION |

   Currently pending before the Court is Plaintiffs' motion for reconsideration.  Hearing on this matter is set for July 6, 2009.  Pursuant to Local Rule 78-230(c), the Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 6, 2009, is VACATED, and the parties shall not appear at that time.  As of July 6, 2009, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    June 30, 2009                    /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE