IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH SHORE RANCHES, LLC, and JMZ DEVELOPMENT COMPANY, LLC,<br><br>　　　　Plaintiffs,<br>　v.<br><br>LAKELANDS COMPANY, LLC, and DOES 1 through 25, inclusive<br><br>　　　　Defendants. | 1:09-cv-105  AWI DLB<br><br>ORDER FOR ADDITIONAL BRIEFING REGARDING DEFENDANT'S MOTION FOR SANCTIONS |

　　　Currently pending before the Court is Defendant's motion for sanctions. On August 19, 2009, the Court received notice that sanctions had been imposed in the Tuolumne County Superior Court against Plaintiff's counsel. The basis of the state sanctions award is related to the Plaintiff's removal of the action to this Court. That is also one of the bases for Defendant's sanctions motion before this Court. In light of the state court sanctions award, the Court requests additional briefing regarding the impact, if any, of the state sanctions award on the pending sanctions motion in this Court.

　　　Accordingly, IT IS HEREBY ORDERED that:

1. The parties are to file a brief regarding the impact, if any, of the Tuolumne County sanctions award on Defendant's currently pending sanctions motion on or by September 9, 2009;

2. Any response to the September 9, 2009, may be filed on or by September 14, 2009.

IT IS SO ORDERED.

Dated:　September 1, 2009　　　　　　／s／ **Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE