IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH SHORE RANCHES, LLC, and JMZ DEVELOPMENT COMPANY, LLC,<br><br>                Plaintiffs,<br>   v.<br><br>LAKELANDS COMPANY, LLC, and DOES 1 through 25, inclusive<br><br>                Defendants. | 1:09-cv-105  AWI DLB<br><br>ORDER VACATING DECEMBER 14, 2009, HEARING AND TAKING MATTER UNDER SUBMISSION |

    Currently pending before the Court is Defendant's amended motion for sanctions. Hearing on the amended motion for sanctions is set for December 14, 2009. Pursuant to Local Rule 78-230(c), the Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 14, 2009, is VACATED, and the parties shall not appear at that time. As of December 14, 2009, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 8, 2009           /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE