IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH SHORE RANCHES, LLC, and JMZ DEVELOPMENT COMPANY, LLC,<br><br>        Plaintiffs,<br>    v.<br><br>LAKELANDS COMPANY, LLC, and DOES 1 through 25, inclusive<br><br>        Defendants. | 1:09-cv-105  AWI DLB<br><br>ORDER TAKING PLAINTIFFS' MOTIONS UNDER SUBMISSION |

Currently pending before the Court are Plaintiffs' motions to: (1) set aside the Court's dismissal and remand order, and (2) set aside sanctions award.  Plaintiffs also request sanctions of their own.  Hearing on these matters is set for April 5, 2010.  Pursuant to Local Rule 78-230(c), the Court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument.  Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 5, 2010, is VACATED, and the parties shall not appear at that time.  As of April 5, 2010, the Court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 29, 2010                    /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE